Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00624-CR

Robert **RACKLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 04-11-202-CRW
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  October 13, 2010

DISMISSED

Robert Rackler has filed a motion to dismiss this appeal by withdrawing his notice of appeal. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal.

PER CURIAM

Do not publish